FILED
2012 Mar-29  PM 12:00
U.S. DISTRICT COURT
N.D. OF ALABAMA



IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

RHONDA MICHELLE BAILEY,     )
                                 )
        Plaintiff,          )
                                 )
     v.                  )  CIVIL ACTION NO. 11-G-2858-S
                                 )
MICHAEL J. ASTRUE,         )
Commissioner of Social Security,   )
                               )
        Defendant.     )

## <u>MEMORANDUM OPINION</u>

The plaintiff, Rhonda Michelle Bailey, brings this action seeking judicial review of a final adverse decision of the Commissioner of the Social Security Administration (the Commissioner) denying her application for Social Security Benefits. Rhonda Michelle Bailey filed an application for Social Security Benefits. Thereafter, plaintiff timely pursued and exhausted the administrative remedies available before the Commissioner. Accordingly, this case is now ripe for judicial review pursuant to the provisions of section 205(g) of the Social Security Act (the Act), 42 U.S.C. § 405(g).

The sole function of this court is to determine whether the decision of the Commissioner is supported by substantial evidence and whether proper legal standards were applied. <u>Bloodsworth v. Heckler</u>, 703 F.2d 1233, 1239 (11th Cir. 1983). To that

end this court "must scrutinize the record as a whole to determine if the decision reached

is reasonable and supported by substantial evidence." <u>Bloodsworth</u>, at 1239 (citations

omitted).  Substantial evidence is "such relevant evidence as a reasonable person would

accept as adequate to support a conclusion." <u>Bloodsworth</u>, at 1239.  The court has

carefully reviewed the entire record in this case and is of the opinion that the

Commissioner's decision is supported by substantial evidence and that proper legal

standards were applied in reaching that decision.  Accordingly, the decision of the

Commissioner must be affirmed.

A separate order in conformity with this memorandum opinion will be

entered.

DONE 29 March 2012.

UNITED STATES DISTRICT JUDGE
J. FOY GUIN, JR.